IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARCUS ANTHONY TERRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-042 |
| | ) | |
| WARDEN ANTONIO CALDWELL; | ) | |
| MEDICAL MENTAL HEALTH | ) | |
| COUNSELORS; MS. WATSON, Deputy | ) | |
| Warden of Care and Treatment; MS. JANE | ) | |
| DOE, Deputy Warden of Care and Treatment; | ) | |
| UNKNOWN INSURANCE PROVIDERS; | ) | |
| MS. GREER, Unit Manager; and MEDICAL | ) | |
| DIRECTOR of JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 7.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for injunctive relief. (Doc. nos. 3-1, 3-2.)

SO ORDERED this ____ day of August, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE