IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| MARCUS ANTHONY TERRELL, | ) |
| Plaintiff-Appellee, | ) |
| vs. | ) Case No. CV 321-042 |
| WARDEN ANTONIO CALDWELL, et al., | ) |
| Defendants-Appellants. | ) |

O R D E R

The order in the above-styled action having been dismissed for lack of jurisdiction and as duplicative by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 13th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE