IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARCUS ANTHONY TERRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-042 |
| | ) | |
| WARDEN ANTONIO CALDWELL; MEDICAL MENTAL HEALTH COUNSELORS; MS. WATSON, Deputy Warden of Care and Treatment; MS. JANE DOE, Deputy Warden of Care and Treatment; UNKNOWN INSURANCE PROVIDERS; MS. GREER, Unit Manager; and MEDICAL DIRECTOR of JOHNSON, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 15th day of July, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE